UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
THE HONORABLE CHIEF HOWARD R. TALLMAN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Joseph T. Oltmann, | ) | Case No. 07-19488 HRT |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| C-Ball Ventures, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 07-1607 HRT |
| v. | ) | |
| | ) | |
| Joseph T. Oltmann, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING DOCUMENTS TO BE TRANSMITTED TO
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

This matter is before the Court upon the submission of multiple documents by the *pro se* Defendant in this action that should have been filed in the United States District Court for the District of Colorado as they relate to the appeal pending before the Honorable Judge Kane, 1:14-cv-00466 JLK.  The Court finds that in the spirit of District Court Local Rule 84.1(d) and Fed.R.Bankr.P. 5005(c), the pleadings should be transmitted to the District Court.  The pleadings entered on our docket that should be transmitted by our Appeals Clerk are:  number 45, Response to Order to Show Cause; number 46, Opening Brief on Appeal; and number 47, Exhibit 1.  Accordingly, it is

ORDERED that the Appeals Clerk shall electronically transmit to the United States District Court pleadings number 45, Response to Order to Show Cause; number 46, Opening Brief on Appeal; and number 47, Exhibit 1.

FURTHER ORDERED that the Defendant shall file documents intended for the appeal in case 1:14-cv-0046 JLK with the United States District Court for the District of Colorado.

Dated:   May 9, 2014            BY THE COURT:

*Howard Tallman*

Howard R. Tallman
Bankruptcy Judge